B6C (Official Form 6C) (4/13)

In re   **Carlos A. Palacios, Sr.**,      Case No.   **15-21082**

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Homestead property located at 2238 NW 139 Ave., Sunrise, FL 33323. Value based upon Broward County Property Appraiser report. | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 72,653.00 | 313,770.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase Checking Acct. #:6177 | Fla. Const. art. X, § 4(a)(2) | 1,000.00 | 1,052.57 |
| **Household Goods and Furnishings** | | | |
| Assorted household goods and furnishings including: Living room: Sofa, End Table, Lamp, and a Wall Unit. All items are 8 years old. Kitchen: Dinette Table, and a Toaster. All items are 2 years old. Dining room: Dining Table with Chairs, and a China Buffet. All items are 5 years old. Bedroom(s): 2 Beds, a Dresser, 2 Night Tables, 2 Lamps, a Chair, and a 32" TV. All items are 3 years old. Electronics: TV, and a DVD Player. All items are 4 years old. | 11 U.S.C. § 522(b)(3)(B) | 1,000.00 | 1,000.00 |
| 1 Stove, 1 Refrigerator, and 1 Microwave. All items are 2 years old. | 11 U.S.C. § 522(b)(3)(B) | 0.00 | 650.00 |
| | Total: | 74,653.00 | 316,472.57 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy